**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE**

Eastern District of Kentucky
FILED
FEB 2 2 2024
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                                          INDICTMENT NO. 7:24-CR-02-DCR

LEE ROSE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

**COUNT 1
21 U.S.C. § 841(a)(1)**

On or about September 27, 2023, in Knott County, in the Eastern District of Kentucky,

**LEE ROSE**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

**COUNT 2
21 U.S.C. § 841(a)(1)**

On or about October 4, 2023, in Knott County, in the Eastern District of Kentucky,

**LEE ROSE**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about October 9, 2023, in Knott County, in the Eastern District of Kentucky,

**LEE ROSE**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 21 U.S.C. § 841(a)(1)

On or about January 10, 2024, in Knott County, in the Eastern District of Kentucky,

**LEE ROSE**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
FOREPERSON

*/s/ Carlton S. Shier IV (for)*
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNTS 1-4:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**If responsible for 50 grams or more of a mixture of substance containing a detectable amount of methamphetamine:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**If Prior Serious Drug Felony Conviction:**
Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**PLUS:** Mandatory special assessment of $100 per count.

**PLUS:** Restitution, if applicable.